IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ALEX SCHUTZENHOFER, | ) | Case No. 8:13CV06 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

Upon notice of settlement given to the magistrate judge by Steven Delaney, counsel for Plaintiff,

**IT IS ORDERED:**

1. On or before **July 3, 2013,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to Magistrate Judge F.A. Gossett, at gossett@ned.uscourts.gov, a draft order which will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The Rule 16 planning conference set for July 22, 2013, is cancelled upon the representation that this case is settled.

Dated: June 3, 2013.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge